Jaimie Lynne Drews
Name
201 E 9th Ave #116
Anchorage, Alaska 99501
Mailing address

N/A
Telephone

RECEIVED
JUN 1 0 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

Jaimie Lynne Drews,
(Full name of plaintiff in this action)

　　　　　　　　Plaintiff,

vs.

munnicipality of Anchorage,

Brother Francis Shelter,

Providence Hospital,

Alaska Psychiatric Institute,
(Full names of ALL defendant(s) in this action.
Do NOT use *et al.*)

　　　　　　　　Defendant(s).

Case No. _____
(To be supplied by Court)

**COMPLAINT UNDER
THE CIVIL RIGHTS ACT
42 U.S.C. § 1983**

(NON-PRISONERS)

## A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you assert jurisdiction under any different or additional authorities, list them below.

Diversity Civil Suit Federal/Supreme Court.

## B. Parties

1. Plaintiff: This complaint alleges that the civil rights of **Jaimie Lynne Drews**,
(print your name)
who presently resides at **201 E. 9th Ave #116 Anchorage AK 99501**, were
(mailing address)
violated by the actions of the below named individual(s). The actions were directed against Plaintiff
at **Brother Francis Shelter E 3rd Ave** on the following dates: **2008**,
(place where violation occurred) (Claim 1)
**2008** and **2008**.
(Claim 2) (Claim 3)

2. Defendants (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, **(BFS) => Ronnie and Eric / Police Officer**, is a citizen of
(name)
**Alaska**, and is employed as a **Case Manager / Police Officer**
(state) (defendant's government position/title)

____ This defendant **personally participated** in causing my injury, and I want **money damages**.

**X** The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2, **Providence Hospital**, is a citizen of
(name)
**Alaska**, and is employed as **Providence Hospital Staff**.
(state) (defendant's government position/title)

**X** This defendant **personally participated** in causing my injury, and I want **money damages**.

____ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3, **Alaska Psychiatric Institute**, is a citizen of
(name)
**Alaska**, and is employed as a **Alaska Psychiatric Institute**
(state) (defendant's government position/title)

**X** This defendant **personally participated** in causing my injury, and I want **money damages**.

**X** The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

Claim 1: The following civil right has been violated: _____
(e.g., due process, freedom of religion, free speech, freedom

_cruel and unusual Punishment_

of association and/or assembly, freedom from cruel and unusual punishment, etc. List **only one** civil right violation.)

Supporting Facts: (Briefly describe **facts** you consider important to Claim 1. State what happened clearly, **in your own words**. DO NOT cite legal authority or argument. Be certain to describe exactly what each defendant, **by name**, did to violate the right alleged in Claim 1. Include **dates**.)

I relocated to Alaska 12/1/07 for other purposes. Since non-funded, resided at Brother Francis Shelter, Client were abbrasive and unruly, so it was a difficult transition for me. Case Manager Ronnie tried prepping me to seek Mental Health Care, I told her it was against my HUMAN Rights to Keep harrassing me on issue. Case Manager Eric called Police. Police indicated C.M. Eric said I "beat up all Brother Francis staff, (invalid) but refuses to press charges And just wants me, escorted of property for the night. Police said I can go up to sidewalk or they can transport to Family/Friends. I said to just take me to emergency room. He wanted my bag in trunk, but SQUAD CAR had to many contraband bags in it. So it remained with me. He stole a Pslamlog of my families, And A family Prayer book. Placed me in handcuffs touching my person. And transported to back of Providence Hospital. Dispatch said "Do" NOT proceed in that address, not valid address to E.R. WAIT" Police officer said "I don't have time for this SHIT" And moved into garage and released me to their staff.

Page 3 of 8

Claim 2: The following civil right has been violated:_____

(e.g., due process, freedom of religion, free speech, freedom
        Cruel and unusual punishment
of association and/or assembly, freedom from cruel and unusual punishment, etc. List only one civil right violation.)

Supporting Facts: (Briefly describe **facts** you consider important to Claim 2. State what happened clearly, **in your own words**. DO NOT cite legal authority or argument. Be certain to describe exactly what each defendant, **by name**, did to violate the right alleged in Claim 2. Include **dates**.)

Now in Providence Hospital, I was asked to remove clothes (on camera) a move to the tinted glass observation window. I declined. I was trying to leave and the staff called security. All exists were locked and they would not let me have my belongings and went threw them all. Several men came into room with a "Shot" I said "Do not give me anything, without blood test you could kill me with wrong dose" They all grabbed me picked me off the ground, slammed me on observation table, jumped up, put knees on my arms and legs, spread eagle, restrained me in straps that way and gave me the unknown shot (injection anyway) I fell unconscious immediately.

I could not get them off of me. I have a severed bone in my left clavical from prior injury.

Claim 3: The following civil right has been violated:_____
                                                      (e.g., due process, freedom of religion, free speech, freedom
_____Cruel and Unusual Punishment_____
of association and/or assembly, freedom from cruel and unusual punishment, etc. List **only one** civil right violation.)

Supporting Facts: (Briefly describe **facts** you consider important to Claim 3. State what happened clearly, **in your own words**. DO NOT cite legal authority or argument. Be certain to describe exactly what each defendant, **by name**, did to violate the right alleged in Claim 3. Include **dates**.)

I awoke at a unknown location and felt to tired (cloudy) to move. Nobody would tell me who they were or where they (we) were. I went back to the room and noticed I had been stripped of all clothes and undergarments and in hospital Attire. When I woke to question staff again they said I have to take my "Lithium" medicine - I never been a Doctor, nor has any court Judge "mandated" Diagnosis or medication to me, so I refused, but complied with blood draw. I found out I was At Alaska Psychiatric Institute and will remain After court releases me. Blood Draw showed no chemical imbalance to constitute mental illness Diagnosis or medicating. But staff Diagnosed I was bi-polar, Schizophrenic and Delusional. They gave me this Diagnosis while unconscious and Lithium while in unconscious sedated state. Never Did I speak while asleep.

D. **Previous Lawsuits**

1. Have you begun other lawsuits in **state or federal court** dealing with the **same facts** involved in this action? ____ Yes _X_ No

2. If your answer is "Yes," describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits by copying this blank page and labeling it page "6A.")

a. Parties to previous lawsuit:

Plaintiff(s):_____

_____

Defendant(s):_____

_____

b. Name and location of court:_____

_____

c. Docket number:_____

d. Name of judge to whom case was assigned:_____

e. Disposition:_____
   (For example, was the case dismissed, appealed or still pending?)

f. Issues Raised:_____

_____

_____

_____

g. Approximate date case was filed:_____

h. Approximate date of final decision:_____

E. **Request for Relief**

Plaintiff requests that this Court grant the following relief:

1. An injunction ordering defendant(s) Return of personal belongings and reprimand leading to termanation of officers employment, payment of medical unlawful commitment fees, Attorney fees, compensation.

2. Damages in the amount of $ 500,000

3. Punitive damages in the amount of $ _____

4. Declaratory judgment: _____

5. Attorney's fees, in the event plaintiff is or will be represented by counsel, of $ As determined

5. Other: All filing Fees

Plaintiff demands a trial by __X__ Jury _____ Court. (Choose one.)

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above civil rights complaint and that the information contained in the complaint is true and correct.

_Jaimie R. D___
Plaintiff's Original Signature

Jaimie Lynne Drews
Plaintiff's Full Name

Executed at Federal Court House on 6-9-08
            (Location)                    (Date)

_____   _____
Original Signature of Attorney (if any)         (Date)

_____

_____

_____
Attorney's Address and Telephone Number